FILED
CLERK, U.S. DISTRICT COURT

APR 30 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES POLLENDER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | CASE NO. CV 11-1354-JSL (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The parties have not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

DATED: 4/30/2012

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE