JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMES POLLENDER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al*,<br><br>Defendants. | No. CV11-01354 DOC (SP)<br><br>ORDER RE: DISMISSAL OF ACTION<br><br>Honorable Sheri Pym |

The Court, having considered the parties' Joint Stipulation Re: Dismissal of Action, and good cause appearing therefor, hereby ORDERS that this action be dismissed with prejudice. Each party shall bear its own costs and attorney's fees, if any.

Dated: March 14, 2013

*David O. Carter*

DAVID O. CARTER
United States District Court Judge

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

  /s/
SEKRET T. SNEED
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

1